1   Craig E. Countryman, (SBN 244601), countryman@fr.com
    Fish & Richardson P.C.
2   12390 El Camino Real
    San Diego, California  92130
3   Telephone: (858) 678-5070
    Facsimile:  (858) 678-5099
4
    *Of Counsel:*
5   Michael J. Kane, (MN SBN 247625), kane@fr.com
    Ann N. Cathcart Chaplin, (MN SBN 284865), cathcartchaplin@fr.com
6   John C. Adkisson, (MN SBN 266358), adkisson@fr.com
    Fish & Richardson P.C.
7   3200 RBC Plaza, 60 South Sixth Street
    Minneapolis, MN  55402
8   Telephone:  (612) 335-5070
    Facsimile:  (612) 288-9696
9
    George L. Kanabe, (GA SBN 103906), kanabe@fr.com
10  Fish & Richardson P.C.
    1180 Peachtree Street N.E.
11  Atlanta, GA 30309
    Telephone:  (404) 892-5005
12  Facsimile:  (404) 892-5002

13  Attorneys for Plaintiff, AUBURN UNIVERSITY

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  AUBURN UNIVERSITY,<br>     an Alabama Corporation, | Case No.:   **'11 CV 0399 L    POR** |
| 17                    Plaintiff, | **DECLARATION OF GEORGE L.** |
| 18  v. | **KANABE IN SUPPORT OF AUBURN**<br>**UNIVERSITY'S MOTION TO ENFORCE** |
| 19  INTERNATIONAL BUSINESS | **ITS SUBPOENA TO OPTIMALTEST,**<br>**INC. AND COMPEL THE PRODUCTION** |
| 20  MACHINES CORP., a New York<br>     Corporation, | **OF DOCUMENTS** |
| 21                    Defendant. | Date:  TBD<br>Time:  TBD |
| 22 | Courtroom:  TBD |

23

24

25

26

27

28

I, George L. Kanabe, declare as follows:

1.     I am an associate at the law firm of Fish & Richardson P.C., counsel of record for Auburn University in the above-captioned matter.  I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2.     Adit Singh of Auburn University informed me of discussions he had with Dan Glotter of OptimalTest in 2008 regarding the desire of Phil Nigh of IBM for OptimalTest to work out an arrangement with Auburn regarding Auburn's patent rights.

3.     OptimalTest, Inc. has produced zero documents to Auburn to date in response to the subpoenas issued out of the District of Delaware and the Southern District of California.

4.     On November 24, 2010, I participated in a telephonic conference with Edmond Johnson of Pepper Hamilton LLP, counsel for OptimalTest, Inc., regarding the subpoena issued from the District of Delaware on September 14, 2010.  Mr. Johnson asserted that OptimalTest, Inc. is a subsidiary with technical operations in the United States, but that Auburn might be facing a jurisdictional issue because the relevant entity and individuals (including Dan Glotter, Gil Balog, and John Bearden) are purportedly located in Israel.  We discussed particular types of documents that Auburn was seeking through the subpoena.  Mr. Johnson indicated that he would talk to his "client" and let me know its position.

5.     On December 10, 2010, I participated in another telephonic conference with Mr. Johnson.  He indicated that he had sent a "proposal" to his client relating to the potential production of documents with an interest in cost savings, but that the individual(s) he needs to hear from are in Israel and he was not sure when he would receive a response.  I indicated that Auburn was willing to work with OptimalTest to minimize its burden, but that it would seek court intervention if necessary.

6.     On December 14, 2010, I received a voice message from Mr. Johnson, in which he indicated that OptimalTest was not willing to produce any documents.

7.     During February 22-24, 2011, I participated in three telephonic conferences with Mr. Jeffrey Goldman of Pepper Hamilton LLP, counsel for OptimalTest.  I indicated that Auburn was prepared to file a motion to compel if OptimalTest was not willing to work with Auburn and

1    produce documents in response to the subpoena issued by this Court on December 20, 2010.  Mr.

2    Goldman informed me that OptimalTest would oppose any motion to compel filed by Auburn.

3    During the final of these telephonic conferences, Mr. Goldman also indicated that he would confer

4    with his client to ascertain whether it would be willing to coordinate with its Israeli counterpart

5    (presumably, OptimalTest, Ltd.) for the production of documents, but that any such production

6    would likely only take place on the condition that Auburn agree in advance to forgo bringing any

7    action with a U.S. court to compel the production of documents.

8         8.    On February 25, 2011, Mr. Goldman informed me that OptimalTest was

9    maintaining its position and would not voluntarily produce any documents to Auburn in response

10   to the subpoena dated December 20, 2010.

11        9.    IBM has responded with minimal document production in response to the

12   following requests for production issued by Auburn in connection with the action pending against

13   IBM in the Middle District of Alabama: 104 ("All documents and communications relating to

14   adaptive test applications or offerings from Optimal Test….") and 166 ("All documents relating to

15   Optimal Test.")

16        10.   OptimalTest's website presently employs the same contact email address

17   ("sales@optimaltest.com") for all eight of its identified worldwide sales locations, including the

18   two locations within the United States.  (http://www.optimaltest.com/Company/GlobalSales.aspx.)

19        11.   OptimalTest's website presently employs the same contact email address

20   ("jobs@optimaltest.com") for seeking information on job openings in the United States, Europe,

21   and Israel.  (http://www.optimaltest.com/Company/ Careers.aspx.)

22        12.   The "Company Profile" portion of OptimalTest's website presently states the

23   following: "Today, OptimalTest is a growing global company with operations in Asia/Pacific,

24   Europe and the United States."  (http://www.optimaltest .com/Company/Profile.aspx.)

25        13.   Upon information and belief, Israeli-based employees of OptimalTest, Ltd.

26   participated in the November 2010 meeting of the International Test Conference in Austin, Texas,

27   where the company was the highest level sponsor ("Diamond Supporter").  Upon further

28   information and belief, John Bearden spoke about adaptive testing on behalf of OptimalTest

1    during the July 2008 meeting of Semicon West in San Francisco, California.

2    14.    Attached hereto as **Exhibit A** is a true and correct copy of Auburn University's

3    ("Auburn") First Amended Complaint against International Business Machines Corp. ("IBM") as

4    filed on July 23, 2009.

5    15.    Attached hereto as **Exhibit B** is a true and correct copy of a marketing brochure as

6    obtained on February 17, 2011, from the following website:

7    www.optimaltest.com/_files/brochures/Adaptive_V5.pdf.

8    16.    Attached hereto as **Exhibit C** is a true and correct copy of a marketing brochure as

9    obtained on February 17, 2011, from the following website:

10   www.optimaltest.com/_files/news/FTRNov06.pdf.

11   17.    Attached hereto as **Exhibit D** is a true and correct copy of the letter, first subpoena

12   issued from the District of Delaware, and Stipulated Protective Order that were caused by

13   Auburn's counsel to be served on OptimalTest, Inc. on September 14, 2010.

14   18.    Attached hereto as **Exhibit E** is a true and correct copy of OptimalTest, Inc.'s

15   responses to Auburn's first subpoena dated September 27, 2010.

16   19.    Attached hereto as **Exhibit F** is a true and correct copy of Auburn University's

17   ("Auburn") second subpoena to OptimalTest, Inc. issued from the Southern District of California

18   that was caused by Auburn's counsel to be served on OptimalTest, Inc. on December 20, 2010.

19   20.    Attached hereto as **Exhibit G** is a true and correct copy of an email to Edmond

20   Johnson of Pepper Hamilton LLP from Ann Cathcart Chaplin of Fish & Richardson P.C. dated

21   December 20, 2010.

22   21.    Attached hereto as **Exhibit H** is a true and correct copy of OptimalTest, Inc.'s

23   responses to Auburn's second subpoena dated December 28, 2010.

24   22.    Attached hereto as **Exhibit I** is a true and correct copy of the Certificate of Status

25   of OptimalTest, Inc. as obtained from the California Secretary of State in December 2010.

26   23.    Attached hereto as **Exhibit J** is a true and correct copy of a company profile as

27   obtained from www.facebook.com on February 17, 2011.

28

3

24.     Attached hereto as **Exhibit K** is a true and correct copy of an employment profile of John Bearden as obtained from www.linkedin.com on February 17, 2011.

25.     Attached hereto as **Exhibit L** is a true and correct copy of an email string involving Dan Glotter as obtained from http://groups.google.com/group/san-diego-israel on February 17, 2011.

26.     Attached hereto as **Exhibit M** is a true and correct copy of a career opportunity flyer for the position of Production Support Engineer in San Diego, CA, as obtained on February 17, 2011, from the following website:

http://www.optimaltest.com/_files/careers/Production_Support_Engineer.pdf.

27.     Attached hereto as **Exhibit N** is a true and correct copy of a career opportunity flyer for the position of IT Customer Support Engineer in San Diego, CA, as obtained on February 17, 2011, from the following website:

http://www.optimaltest.com/_files/careers/IT_Customer_Engineer.pdf.

28.     Attached hereto as **Exhibit O** is a true and correct copy of an article titled "Optimizing product cost through modern test management" as obtained on February 22, 2011, from the following website: http://www.optimaltest.com/_files/news/SSTPDFBearden.pdf.

29.     Attached hereto as **Exhibit P** is a true and correct copy of an article titled "Yield Loss – It's Not All Process Defects" as obtained on February 22, 2011, from the following website: http://www.optimaltest.com/_files/news/six0711yld.pdf.

30.     Attached hereto as **Exhibit Q** is a true and correct copy of a press release dated January 12, 2009, as obtained on February 25, 2011, from the following website: http://www.optimaltest.com/_files/news/OptimalTest_VP_Announcement.pdf.

31.   Attached hereto as **Exhibit R** is a true and correct copy of a Google profile of Debbora Ahlgren as obtained on February 25, 2011, from the following website: http://www.google.com/profiles/Deb.Ahlgren.

32.   Attached hereto as **Exhibit S** is a true and correct copy of the "Company Management" portion of OptimalTest's website (with "Randy Hierbaum" selected for display of biographical information), as obtained on February 25, 2011, from the following website: http://www.optimaltest.com/Company/Management.aspx.

33.   Attached hereto as **Exhibit T** is a true and correct copy of an employment profile of Randy Hierbaum as obtained from www.linkedin.com on February 25, 2011.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of February, 2011, in Atlanta, Georgia.

George L. Kanabe
George L. Kanabe

5

# EXHIBIT LIST

## TABLE OF CONTENTS

| Exhibit | Page No(s). |
|---|---|
| Exhibit A - Auburn University's ("Auburn") First Amended Complaint against International Business Machines Corp. ("IBM") as filed on July 23, 2009 | 1 – 88 |
| Exhibit B - Marketing brochure as obtained on February 17, 2011, from the following website: www.optimaltest.com/_files/brochures/Adaptive_V5.pdf | 89 – 93 |
| Exhibit C - Marketing brochure as obtained on February 17, 2011, from the following website: www.optimaltest.com/_files/news/FTRNov06.pdf | 94 – 105 |
| Exhibit D - Letter, first subpoena issued from the District of Delaware, and Stipulated Protective Order that were caused by Auburn's counsel to be served on OptimalTest, Inc. on September 14, 2010 | 106 – 138 |
| Exhibit E - OptimalTest, Inc.'s responses to Auburn's first subpoena dated September 27, 2010 | 139 – 141 |
| Exhibit F - Auburn University's ("Auburn") second subpoena to OptimalTest, Inc. issued from the Southern District of California that was caused by Auburn's counsel to be served on OptimalTest, Inc. on December 20, 2010 | 142 – 149 |
| Exhibit G - Email to Edmond Johnson of Pepper Hamilton LLP from Ann Cathcart Chaplin of Fish & Richardson P.C. dated December 20, 2010 | 150 |
| Exhibit H - OptimalTest, Inc.'s responses to Auburn's second subpoena dated December 28, 2010 | 151 – 156 |
| Exhibit I - Certificate of Status of OptimalTest, Inc. as obtained from the California Secretary of State in December 2010 | 157 |
| Exhibit J - Company profile as obtained from www.facebook.com on February 17, 2011 | 158 |
| Exhibit K - Employment profile of John Bearden as obtained from www.linkedin.com on February 17, 2011 | 159 |
| Exhibit L - Email string involving Dan Glotter as obtained from http://groups.google.com/group/san-diego-israel on February 17, 2011 | 160 – 161 |
| Exhibit M - Career opportunity flyer for the position of Production Support Engineer in San Diego, CA, as obtained on February 17, 2011, from the following website: http://www.optimaltest.com/_files/careers/Production_Support_Engineer.pdf | 162 – 163 |
| Exhibit N - Career opportunity flyer for the position of IT Customer Support Engineer in San Diego, CA, as obtained on February 17, 2011, from the following website: http://www.optimaltest.com/_files/careers/IT_Customer_Engineer.pdf | 164 – 165 |
| Exhibit O - Article titled "Optimizing product cost through modern test management" as obtained on February 22, 2011, from the following website: http://www.optimaltest.com/_files/news/SSTPDFBearden.pdf | 166 – 167 |
| Exhibit P - Article titled "Yield Loss – It's Not All Process Defects" as obtained on February 22, 2011, from the following website: http://www.optimaltest.com/_files/news/ six0711yld.pdf | 168 – 173 |
| Exhibit Q - Press release dated January 12, 2009, as obtained on February 25, | 174 – 175 |

| Exhibit | Page No(s). |
|---|---|
| 2011, from the following website: http://www.optimaltest.com/_files/news/OptimalTest_VP_Announcement.pdf | |
| Exhibit R - Google profile of Debbora Ahlgren as obtained on February 25, 2011, from the following website: http://www.google.com/profiles/Deb.Ahlgren | 176 |
| Exhibit S - "Company Management" portion of OptimalTest's website (with "Randy Hierbaum" selected for display of biographical information), as obtained on February 25, 2011, from the following website: http://www.optimaltest.com/Company/Management.aspx | 177 |
| Exhibit T - Employment profile of Randy Hierbaum as obtained from www.linkedin.com on February 25, 2011 | 178 |

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130.  I am over the age of 18 and not a party to the foregoing action.

The certify that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4.  Any other counsel of record will be served by facsimile, electronic mail, overnight delivery, or other overnight service.

On February 25, 2011, I caused a copy of the following document(s):  **DECLARATION OF GEORGE L. KANABE IN SUPPORT OF AUBURN UNIVERSITY'S MOTION TO ENFORCE ITS SUBPOENA TO OPTIMALTEST, INC. AND COMPEL THE PRODUCTION OF DOCUMENTS**  to be served on the interested parties in this action as follows:

| SERVED VIA ELECTRONIC MAIL AND U.S. MAIL | |
| --- | --- |
| Edmond (Ted) D. Johnson<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>Tel: 302-777-6539<br>Fax: 302-421-8390 | Attorneys for<br>OptimalTest, Inc.<br><br>Email:   johnsone@pepperlaw.com |
| Jeffrey M. Goldman<br>Pepper Hamilton LLP<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Tel: 949-567-3500<br>Fax: 949-863-0151 | Email:   goldmanj@pepperlaw.com |
| John A. Marlott<br>Brent P. Ray<br>Jones Day<br>77 West Wacker<br>Chicago, IL 60601<br>Tel:  312-782-3939<br>Fax:  312-782-8585 | Attorneys for Defendant International<br>Business Machines Corp.<br><br>Email:  jamarlott@jonesday.com;<br>bpray@jonesday.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.  Executed on February 25, 2011, at San Diego, California.

Susan Rodriguez

8